THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT BEEHLER, Defendant, and JOHN BAYAM, Appellant.

*People* v. *Beehler & Bayam*, 92 App. Div. 622, affirmed.
(Argued October 27, 1904; decided November 15, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made March 25, 1904, which affirmed a judgment of the Court of General Sessions of the Peace in the City of New York, convicting defendants of the crime of selling lottery policies.

*William W. Cantwell* for appellant.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MURPHY, Appellant.

*People* v. *Murphy*, 93 App. Div. 383, affirmed.
(Argued October 28, 1904; decided November 15, 1904.)

APPEAL from a judgment entered April 19, 1904, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed a judgment of the Richmond County Court sustaining a demurrer to an indictment and overruling such demurrer.

*Thomas C. Brown* for appellant.

*Edward Sidney Rawson, District Attorney (Sidney F. Rawson* of counsel), for respondent.

Judgment affirmed on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: MARTIN, J.